DUBILIER CONDENSER & RADIO CORPORATION, Plaintiff-Appellant, v. NEW YORK COIL COMPANY, Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 168.

Appeal from the District Court of the United States for the Southern District of New York.

Wm. F. Nickel, of New York City, for appellant.

Joshua R. H. Potts, George B. Parkinson, and Ernest C. Root, all of Chicago, Ill. (Emory, Booth, Janney & Varney, of Chicago, Ill., of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Appeal dismissed in open court, without prejudice to further proceedings after final decree.

———

2

In the Matter of Samuel J. ECKHAUS, Bankrupt; John L. Lyttle, as Trustee, etc., Petitioner.

(Circuit Court of Appeals, Second Circuit. December 17, 1926.)

No. 150.

Petition to Revise Order of the District Court of the United States for the Eastern District of New York.

See, also, 14 F.(2d) 471.

Emanuel M. Kaiser, of New York City, for petitioner.

Joseph W. Gottlieb, of Brooklyn, N. Y., for respondent Yawnick.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Order reversed in open court.

———

3

Charles W. GALVIN and Irwin Bloom, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 245.

In Error to the District Court of the United States for the Eastern District of New York.

Simon S. Hamburger, of New York City, for plaintiff in error Galvin.

Melvin H. Dalberg, of New York City, for plaintiff in error Bloom.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel and Raphael P. Koenig, Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before MANTON and LEARNED HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment of conviction affirmed.

———

4

Rosario GAMBINO and Joseph Lima, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 142.

In Error to the District Court of the United States for the Northern District of New York.

Irving K. Baxter, of Utica, N. Y., for plaintiff in error.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y.

Before MANTON and LEARNED HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment of conviction affirmed.